B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Nevada

In re Stoneridge Parkway, LLC             ,           Case No. 22-10540-ABL

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MJA Nevada, LLC | Summit Fire and Security, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Carlyon Cica Chtd.
265 E. Warm Springs Rd., Suite 107
Las Vegas, NV 89119

Phone: 702-685-4444
Last Four Digits of Acct #: _____

Court Claim # (if known): Sch. E/F; 3.5
Amount of Claim: $1,196.00
Date Claim Filed: 03/02/2022

Phone: 651-251-1864
Last Four Digits of Acct. #: 2952

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_                                      Date: 10/4/2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.