Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
blindsey@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887
*Attorneys for the Debtor/Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-10540-GS |
| STONERIDGE PARKWAY LLC, | Chapter 11 |
| Debtor. | Hearing Date: N/A <br> Hearing Time: N/A |

## JOINT STATUS REPORT

Stoneridge Parkway, LLC, (the "**Debtor**"), and Silverstone Ranch Community Association (the "**Association**") by and through their respective attorneys of record, hereby submit their joint status report to provide a quarterly update to the Court regarding the parties' pending arbitration before JAMS, Case Reference No. 5260000004 (the "**Arbitration**"), and respectfully state as follows:

1. On October 31, 2022, the parties submitted their joint status report to this Court to inform the Court of the current status of the Arbitration. *See* ECF No. 131.

2. On November 3, 2022, this Court held a status hearing regarding the status of the Arbitration, and set a further status hearing for March 30, 2023, at 9:30 a.m.

3. On December 1, 2022, the parties participated in a scheduling conference in the Arbitration. Thereafter, the arbitration panel issued a scheduling order, which set the Arbitration for July 18-20, 2023, at the JAMS offices in Las Vegas, Nevada.

4. On January 10, 2023, the parties submitted their joint status report to this Court to provide a further update to the Court of the current status of the Arbitration. See ECF No. 135.

5. At this time, the parties are in the discovery phase of the Arbitration, have submitted expert reports, and have several depositions scheduled for the last two weeks of March 2023.

6. Due to the scheduling of the depositions, the parties requested that the arbitration panel reschedule the next status conference, which was scheduled for March 23, 2023.

7. The parties anticipate that the arbitration status conference will be rescheduled to sometime in April 2023.

8. The parties also anticipate that the Arbitration will move forward as scheduled, with dispositive motions due in May 2023, and the Arbitration to take place on July 18-20, 2023.

Dated this 15th day of March 2023.

| SCHWARTZ LAW, PLLC | FENNEMORE CRAIG, P.C. |
|---|---|
| By: /s/ *Samuel A. Schwartz*<br>Samuel A. Schwartz, Esq.<br>Nevada Bar No. 10985<br>Bryan A. Lindsey, Esq.<br>Nevada Bar No. 10662<br>601 East Bridger Avenue<br>Las Vegas, NV 89101<br>Telephone: (702) 385-5544<br><br>*Counsel for the Debtor/Plaintiff* | By: /s/ *Thomas H. Fell*<br>Thomas H. Fell, Esq.<br>Nevada Bar. No. 3717<br>9275 West Russell Road, Suite 240<br>Las Vegas, NV 89148<br>Telephone: (702) 692-8000<br><br>GORDON LAW, LLC<br><br>By: /s/ *Aviva Y. Gordon*<br>Aviva Y. Gordon, Esq.<br>Nevada Bar. No. 5333<br>1820 E. Warm Springs Road, Suite 115<br>Las Vegas, NV 89119<br>Telephone: (702) 527-5557<br><br>*Counsel for Silverstone Ranch Community Association* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF System on March 15, 2023, to the following:

ANTHONY W. AUSTIN for Creditor SILVERSTONE RANCH COMMUNITY ASSOC.
aaustin@fennemorelaw.com; gkbacon@fclaw.com

BRETT A. AXELROD on behalf of Creditor SHUN LEE LENDING, LTD
baxelrod@foxrothschild.com; pchlum@foxrothschild.com; mwilson@foxrothschild.com

CANDACE C CARLYON on behalf of Interested Party MJA Nevada, LLC
ccarlyon@carlyoncica.com; CRobertson@carlyoncica.com; nrodriguez@carlyoncica.com; 9232006420@filings.docketbird.com; Dcica@carlyoncica.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

THOMAS H. FELL on behalf of Creditor SILVERSTONE RANCH COMMUNITY ASSOC.
tfell@fennemorelaw.com; clandis@fennemorelaw.com; CourtFilings@fennemorelaw.com

JEFFREY L. GALLIHER on behalf of Creditor CITY OF LAS VEGAS
jgalliher@lasvegasnevada.gov; ccorwin@lasvegasnevada.gov

TIMOTHY A LUKAS on behalf of Creditor LAS VEGAS VALLEY WATER DISTRICT
ecflukast@hollandhart.com

TRACY M. O'STEEN on behalf of Interested Party MJA Nevada, LLC
tosteen@carlyoncica.com; crobertson@carlyoncica.com; nrodriguez@carlyoncica.com; ccarlyon@carlyoncica.com

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

/s/ *Brian J. Braud*
Brian J. Braud, an employee of
SCHWARTZ LAW, PLLC